# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2521
Lower Tribunal No. 2023-CA-002119

_____

VICTOR APARICIO,

Appellant,

v.

QUAIL ROOST OF NAPLES CONDOMINIUM ASSOCIATION, INC.,

Appellee.

_____

Appeal from the Circuit Court for Collier County.
Lauren L. Brodie, Judge.

November 10, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and NARDELLA and WOZNIAK, JJ., concur.


Victor Aparicio, Naples, pro se.

Lissette Gonzalez, of Cole, Scott & Kissane, P.A., Miami, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED